**Order entered June 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01143-CR

**APRIL MICHELLE FLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR18-0971**

## ORDER

Before the Court is appellant's June 4, 2021 second motion to extend time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due by June 21, 2021.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE